UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GENERAL MOTORS CORP.,

      Plaintiff,

                            CASE NO. 04-CV-72939-DT
                            JUDGE DENISE PAGE HOOD
                            MAGISTRATE JUDGE PAUL J. KOMIVES

  v.

HOT CARTS, INC., et al.,

      Defendants.
                                         /

**ORDER DEEMING WITHDRAWN**
**DEFENDANT ELECTRIC CAR DISTRIBUTORS' MOTION TO DISMISS OR**
**FOR AN ORDER COMPELLING DISCOVERY FROM THE PLAINTIFF (Doc. Ent. 26)**

      On April 11, 2005, defendant Electric Car Distributors filed the above-described motion. (Doc. Ent. 26). On April 20, 2005, Judge Hood referred this motion to me for hearing and determination. A hearing date was set for May 13, 2005. Plaintiff filed a response on April 25, 2005.

      On May 11, 2005, via facsimile, counsel for the moving part (James K. Thome) informed the Court that defendant Electric Car Distributors was withdrawing its motion, because "the parties are in the process of what might eventually be fruitful settlement discussions." Furthermore, defense counsel requested that I remove the motion from my docket.

      In light of the foregoing, it is ORDERED that the above-described motion is DEEMED WITHDRAWN.

The attention of the parties is drawn to Fed. R. Civ. P. 72(a), which provides a period of ten days from the date of receipt of a copy of this order within which to file objections for consideration by the district judge under 28 U.S.C. § 636(b)(1).

|  |  |
|---|---|
|  | s/Paul J. Komives |
|  | PAUL J. KOMIVES |
| Dated:May 12, 2005 | UNITED STATES MAGISTRATE JUDGE |

> The undersigned certifies that a copy of the foregoing order was served on the attorneys of record by electronic means or U.S. Mail on May 12, 2005.
>
> s/Eddrey Butts
> Case Manager